IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

e360INSIGHT, LLC                                                          PLAINTIFF

VS.                        CASE NO. 4:09CV139 BSM

CHOICEPOINT PRECISION MARKETING, LLC                                      DEFENDANT

### AGREED ORDER OF DISMISSAL

Upon consideration of the agreement between Plaintiff, e360Insight, LLC ("e360"), by and through its counsel, Stephen B. Niswanger of the Niswanger Law Firm PLC, and Defendant, ChoicePoint Precision Marketing, LLC, by and through its counsel, Marshall S. Ney of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., the Court finds that the Complaint in this matter shall be, and is hereby, dismissed with prejudice. Each party is to bear its own costs and attorney's fees.

IT IS SO ORDERED this 26th day of May, 2010.

_____
HONORABLE BRIAN S. MILLER,
U.S. DISTRICT JUDGE

AGREED:

NISWANGER LAW FIRM PLC
#5 Innwood Circle, Suite 110
Little Rock, AR 72211
(501) 223-2888
http://www.niswangerlawfirm.com

By: _____
    Stephen B. Niswanger, #96012

*Attorneys for Plaintiff*

1

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
5414 Pinnacle Point Dr., Suite 500
Rogers, AR 72758

By: _____
Marshall S. Ney, Esq.

*Attorneys for Defendant*